AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
MAY 13 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

UNITED STATES OF AMERICA
V.
David Luis Hendricks

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 02-10078-001
USM Number: 13027-026

George Taseff
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __3__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | New Law Violation: Possession and Use of Cocaine | 5/9/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ▮
Defendant's Date of Birth: ▮

5/9/2008
Date of Imposition of Judgment

s/ Joe B. McDade
Signature of Judge

Defendant's Residence Address:

Custody:
Peoria County Jail
301 N. Maxwell Road
Peoria, IL 61604

Joe B. McDade              U.S. District Judge
Name of Judge              Title of Judge

5/13/2008
Date

Defendant's Mailing Address:

same

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

DEFENDANT: David Luis Hendricks
CASE NUMBER: 02-10078-001

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

fourteen (14) months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be placed in a least restrictive facility as close to his family in Bloomington, IL. as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL